## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| NATIONSRENT, INC., *et al.*,[1] | Case Nos. 01-11628 through 01-11639 (PJW) Jointly Administered |
| Debtors. | |
| | |
| NATIONSRENT UNSECURED CREDITOR'S LIQUIDATING TRUST, through PERRY MANDARINO, not personally, but as Trustee, | |
| Plaintiff, | Civil Action No. 04-CV-1096 (KAJ) |
| v. | |
| DIVERSIFIED CREDIT SERVICES, | |
| Defendant. | |

### NOTICE OF DISMISSAL

Perry Mandarino, Trustee of the Nationsrent Unsecured Creditor's Liquidating Trust, by and through his undersigned counsel, hereby dismisses the above-referenced adversary proceeding with prejudice, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, made applicable by Rule 7041 of the Federal Rules of Bankruptcy Procedure.

---

[1]  NationsRent USA, Inc., NationsRent Transportation Services, Inc., NR Delaware, Inc., NRGP, Inc., NationsRent West, Inc., Logan Equipment Corp., NR Dealer, Inc., NR Franchise Company, Inc., NationsRent of Texas, LP, and NationsRent of Indiana, LP

Dated:  November 16, 2005                THE BAYARD FIRM

                                         Neil B. Glassman (No. 2087)
                                         Ashley B. Stitzer (No. 3891)
                                         Mary E. Augustine (No. 4477)
                                         222 Delaware Avenue, Suite 900
                                         P. O. Box 25130
                                         Wilmington, DE  19899
                                         Telephone:    (302) 655-5000

                                                - and -

                                         LOWENSTEIN SANDLER PC
                                         Paul Kizel, Esquire
                                         65 Livingston Avenue
                                         Roseland, NJ 07068
                                         Telephone (973) 597-2500

                                         Co-Counsel for Perry Mandarino, not Personally,
                                         but as Trustee for the NationsRent Unsecured
                                         Creditor's Liquidating Trust

608887v1                                      2