## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 16th day of November, 2005, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS U.S. MAIL

*Diversified Credit Services*
5567 Mayfield Road
Cleveland, OH 44124

_____
Mary E. Augustine (No. 4477)

608887v1